```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CSI INVESTMENT PARTNERS II, L.P., et al.,

               Plaintiffs,

       -against-                           00 Civ. 1422
                                               ORDER

CENDANT CORPORATION, et al.,

               Defendants.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of correspondence from Plaintiffs dated November 22, 2006 and November 29, 2006. The Court is also in receipt of correspondence from Defendants dated November 28, 2006 and November 29, 2006. It is not clear to the Court what part of Individual Practices IV(A)(10) is not clear. References to designations in depositions solely relate to witnesses who will appear before the jury by deposition only. It does not apply to live witnesses. Further, any witnesses who are relevant to the matters at issue and will be subpoenaed to testify live at trial shall testify. Prior depositions and testimony of these witnesses will be available to all parties for purposes of impeachment, cross-examination or any other appropriate use.

    SO ORDERED.

DATED:    New York, New York
            December 1, 2006

                                                    Deborah A. Batts
                                              United States District Judge