# O'SHEA PARTNERS LLP

90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

SEAN F. O'SHEA
MICHAEL E. PETRELLA
HARLAN J. PROTASS
MARC D. FEINGOLD
JONATHAN R. ALTSCHULER
MAUREEN MORAN
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

September 25, 2007

**By FedEx**

Honorable Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



RECEIVED
SEP 26 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

> Re:    **CSI Investment Partners II, L.P. v. Cendant Corp., et al.**
> **00 Civ. 1422 (DAB)**

Your Honor:

This firm represents the Plaintiffs in the above matter. On September 21, 2007, Defendant Cendant Corporation ("Defendant") filed a Motion for Reconsideration of the Court's Order granting summary judgment to Plaintiffs. Due to impending deadlines in this and other matters, Plaintiffs requested 30 days to file their opposition papers. Defendant consented on the condition that Plaintiffs agree to give Defendant 21 days to file reply papers. In light of this, and by agreement, the parties request that Your Honor extend the time for Plaintiffs to file their opposition papers until October 22, 2007 and for Defendant Cendant to file its reply papers (if any) until November 12, 2007.

GRANTED
/DAB/

Respectfully submitted,

Michael E. Petrella

cc:    Richard Lawler, Esq. (by fax)
Gary Naftalis, Esq. (by fax)

## SO ORDERED

Deborah A. Batts
**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**
Sept. 26, 2007