**MEMO ENDORSED**       **O'SHEA PARTNERS LLP**
90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016



SEAN F. O'SHEA
MICHAEL E. PETRELLA

HARLAN J. PROTASS
MARC D. FEINGOLD
JONATHAN R. ALTSCHULER
MAUREEN MORAN
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

**MEMO ENDORSED**

September 27, 2007

**BY FedEx**

Honorable Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    **CSI Investment Partners II, L.P. v. Cendant Corp., et al.**
            **00 Civ. 1422 (DAB)**

Your Honor:

       This firm represents the Plaintiffs in the above-captioned matter. The Court's September 7, 2007 Order granting summary judgment to Plaintiffs directed that they submit, within 30 days, an affidavit concerning their attorneys fees.[1]  On September 21, 2007, Defendant Cendant Corporation ("Defendant") filed a Motion for Reconsideration of the Court's Order (the "Motion"). By letter dated September 25, 2007, the parties have jointly requested a briefing schedule regarding Defendant's Motion that would extend the time for Plaintiffs to file their opposition papers until October 22, 2007 and extend the time for Defendant Cendant to file its reply papers (if any) until November 12, 2007.

       As a result of Defendant's pending Motion, Plaintiffs will incur additional fees that we believe will fall squarely within the scope of the Court's September 7 Order. Plaintiffs therefore write to request that the Court's 30-day directive be suspended such that Plaintiffs' affidavit explaining the attorneys fees and costs incurred need not be filed and served until 20 days after the Court rules on Defendant's motion for reconsideration. This will obviate the need for multiple submissions on fees. In addition, the process of pulling together seven years of fee documentation is turning out to be more time-consuming than anticipated, and granting Plaintiffs the additional time requested will help ensure that their submission is complete and accurate.



---

[1]    Pursuant to the Court's "memo endorsed" order granted on September 17, 2007, the affidavit shall detail the attorney's fees, costs, and disbursements incurred in connection with Cendant's breach of Sections 2.3(c), 2.3(d), and 5.11 of the parties' Stock Purchase Agreement.

MEMO ENDORSED                                   MEMO ENDORSED

MEMO ENDORSED

MEMO ENDORSED

Respectfully submitted,

Michael E. Petrella

cc: Richard Lawler, Esq. (by fax)

**SO ORDERED**

DEBORAH A. BATTS  10/2/07
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

MEMO ENDORSED

2