**MEMO ENDORSED**

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | FACSIMILE (212) 294-4700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | www.winston.com | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

RICHARD F. LAWLER
(212) 294-2673
rlawler@winston.com

*[RECEIVED NOV - 1 2007 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.]*

October 30, 2007

**MEMO ENDORSED**

BY HAND and REGULAR MAIL
Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 2510
New York, New York 10007-1312

Re:   **CSI Investment Partners II, L.P. v. Cendant Corp., et al. 00 Civ. 1422 (DAB)**

Dear Judge Batts:

The purpose of this letter is to respectfully request an additional 10 pages for Cendant's Reply Memorandum to Plaintiffs' Opposition to Cendant's Motion for Reconsideration. With the requested additional pages, Cendant's Reply would be no more than 20 pages.

**DENIED /DAB/ Nov 1, 2007**

The primary reasons for this request are to provide an adequate opportunity for Cendant to respond to the voluminous materials in Plaintiffs opposition, and to provide the Court with a more complete response given the importance and volume of the issues raised by the motion.

Counsel for Plaintiffs have advised that they take no position as to this request.

Respectfully submitted,

*/s/ Richard F. Lawler*
Richard F. Lawler

**SO ORDERED**

*/s/ Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
Nov. 1, 2007

RFL:moc
cc:   Michael E. Petrella, Esq. (by hand)
      Alan Friedman, Esq. (by hand)