USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CSI INVESTMENT PARTNERS II, L.P.,
Delaware limited partnership, CIS
ACQUISITION PARTNERS, L.P., a Delaware
limited partnership, CANTERBURY MEZZANINE
CAPITAL, L.P., a Delaware limited
partnership, DAVID C THOMPSON, M. GERARD
KEEHAN, VINEET PRUTHI, DONALD J. SHEA, JAMES
M. ROTHE, MICHAEL COSSEL, JOHN J. ADAMS,
ROBERT E. RICHARDSON, MARILYN SCHWARTZ,
and CHARLES CAUDLE,
              Plaintiffs,

       -against-                         00 Civ. 1422
                                            ORDER

CENDANT CORPORATION, a Delaware
corporation, HENRY SILVERMAN, SAMUEL
KATZ, and COSMO CORIGLIANO,
              Defendants.
------------------------------------------X
CENDANT CORPORATION,
              Counterclaim-Plaintiff

       -against-

CSI INVESTMENT PARTNERS II, L.P., CIS
ACQUISITION PARTNERS, L.P., CANTERBURY
MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON,
M. GERARD KEEHAN, VINEET PRUTHI, DONALD J.
SHEA, JAMES M. ROTHE, MICHAEL COSSEL, JOHN
J. ADAMS, ROBERT E. RICHARDSON, MARILYN
SCHWARTZ, CHARLES CAUDLE,
              Counterclaim-Defendants,

-and-

TONYA CARMICHAEL, LINCOLNSHIRE EQUITY, INC.,
LINCOLNSHIRE MANAGEMENT, INC., STEVE KUMBLE,
and THOMAS J. MALONEY,
            Additional Counterclaim-Defendants.
------------------------------------------X

DEBORAH A. BATTS, United States District Judge.

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Court's Opinion of September 7, 2007, and this Court's Memorandum and Order Denying Reconsideration of that Opinion on May 7, 2008, because there is no just reason for delay, the Clerk of the Court is hereby ORDERED to enter final judgment in the following amounts and as to the following parties:

1. It is ORDERED and ADJUDGED that Plaintiffs CSI INVESTMENT PARTNERS II, L.P., CIS ACQUISITION PARTNERS, L.P., CANTERBURY MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON, M. GERARD KEEHAN, VINEET PRUTHI, DONALD J. SHEA, JAMES M. ROTHE, MICHAEL COSSEL, JOHN J. ADAMS, ROBERT E. RICHARDSON, MARILYN SCHWARTZ, CHARLES CAUDLE recover from CENDANT CORPORATION the sum of $97,847,513.29, which includes prejudgment interest up to May 16, 2008.

2. It is further ORDERED and ADJUDGED that Plaintiffs' action be dismissed with prejudice solely as to Defendants Henry Silverman, Samuel Katz, Cosmo Corigliano, and John Does 1 through 100 inclusive.

3. It is further ORDERED and ADJUDGED that, as to Counterclaim-Plaintiffs' counter-claims, they are DISMISSED with prejudice.

SO ORDERED.

DATED:   New York, New York

May 15, 2008

_____
Deborah A. Batts
United States District Judge