UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CSI INVESTMENT PARTNERS II, L.P., CIS
ACQUISITION PARTNERS, L.P., CANTERBURY
MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON,
M. GERARD KEEHAN, VINEET PRUTHI, DONALD
J. SHEA, JAMES M. ROTHE, MICHAEL COSSEL,
JOHN J. ADAMS, ROBERT E. RICHARDSON,
MARILYLN SCHWARTZ, and CHARLES CAUDLE,

                        Plaintiffs,                      00 **CIVIL** 1422 (DAB)

          -against-                               **JUDGMENT**

CENDANT CORPORATION, HENRY SILVERMAN,
SAMUEL KATZ, and COSMO CORIGLIANO,
                     Defendants.
-----------------------------------------------------------X
CENDANT CORPORATION,
                     Counterclaim-Plaintiff,

          -against-

CSI INVESTMENT PARTNERS II, L.P., CIS
ACQUISITION PARTNERS, L.P., CANTERBURY
MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON,
M. GERARD KEEHAN, VINEET PRUTHI, DONALD
J. SHEA, JAMES M. ROTHE, MICHAEL COSSEL,
JOHN J. ADAMS, ROBERT E. RICHARDSON,
MARILYLN SCHWARTZ, and CHARLES CAUDLE,
                     Counterclaim-Defendants,

          -and-

TONYA CARMICHAEL, LINCOLNSHIRE EQUITY, INC.,
LINCOLNSHIRE MANAGEMENT, INC., STEVE KUMBLE,
and THOMAS J. MALONEY,
                     Additional Counterclaim-Defendants.
-----------------------------------------------------------X

     Whereas the above-captioned action having come before this Court, and the matter having

come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on May

15, 2008, having rendered its Order directing the Clerk of the Court to enter final judgment pursuant

to Fed. R. Civ. P. 54(b) that there is no just reason for delay, that Plaintiffs CSI INVESTMENT PARTNERS II, L.P., CIS ACQUISITION PARTNERS, L.P., CANTERBURY MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON, M. GERARD KEEHAN, VINEET PRUTHI, DONALD J. SHEA, JAMES M. ROTHE, MICHAEL COSSEL, JOHN J. ADAMS, RICHARD E. RICHARDSON, MARILYN SCHWARTZ, CHARLES CAUDLE recover from CENDANT CORPORATION the sum of $97,847,513.29, which includes prejudgment interest up to May 16, 2008, that plaintiffs' action is dismissed with prejudice solely as to defendants Henry Silverman, Samuel Katz, Cosmo Corigliano, and John Does 1 through 100 inclusive, and that Counterclaim-Plaintiffs' counter-claims are dismissed with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 15, 2008, that pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay, judgment is entered that Plaintiffs CSI INVESTMENT PARTNERS II, L.P., CIS ACQUISITION PARTNERS, L.P., CANTERBURY MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON, M. GERARD KEEHAN, VINEET PRUTHI, DONALD J. SHEA, JAMES M. ROTHE, MICHAEL COSSEL, JOHN J. ADAMS, RICHARD E. RICHARDSON, MARILYN SCHWARTZ, CHARLES CAUDLE recover from CENDANT CORPORATION the sum of $97,847,513.29, which includes prejudgment interest up to May 16, 2008; plaintiffs' action is dismissed with prejudice solely as to defendants Henry Silverman, Samuel Katz, Cosmo Corigliano, and John Does 1 through 100 inclusive; and Counterclaim-Plaintiffs' counter-claims are dismissed with prejudice.

**Dated:** New York, New York
       May 16, 2008

**J. MICHAEL McMAHON**

**Clerk of Court**

BY: _____
       **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
ON THE DOCKET ON _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CSI INVESTMENT PARTNERS II, L.P.,
Delaware limited partnership, CIS
ACQUISITION PARTNERS, L.P., a Delaware
limited partnership, CANTERBURY MEZZANINE
CAPITAL, L.P., a Delaware limited
partnership, DAVID C THOMPSON, M. GERARD
KEEHAN, VINEET PRUTHI, DONALD J. SHEA, JAMES
M. ROTHE, MICHAEL COSSEL, JOHN J. ADAMS,
ROBERT E. RICHARDSON, MARILYN SCHWARTZ,
and CHARLES CAUDLE,
                    Plaintiffs,

          -against-                              00 Civ. 1422
                                                 ORDER
CENDANT CORPORATION, a Delaware
corporation, HENRY SILVERMAN, SAMUEL
KATZ, and COSMO CORIGLIANO,
                    Defendants.
------------------------------------------X
CENDANT CORPORATION,
                    Counterclaim-Plaintiff

          -against-

CSI INVESTMENT PARTNERS II, L.P., CIS
ACQUISITION PARTNERS, L.P., CANTERBURY
MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON,
M. GERARD KEEHAN, VINEET PRUTHI, DONALD J.
SHEA, JAMES M. ROTHE, MICHAEL COSSEL, JOHN
J. ADAMS, ROBERT E. RICHARDSON, MARILYN
SCHWARTZ, CHARLES CAUDLE,
                    Counterclaim-Defendants,

   -and-

TONYA CARMICHAEL, LINCOLNSHIRE EQUITY, INC.,
LINCOLNSHIRE MANAGEMENT, INC., STEVE KUMBLE,
and THOMAS J. MALONEY,
          Additional Counterclaim-Defendants.
------------------------------------------X

DEBORAH A. BATTS, United States District Judge.

*MR. LEE - If at all possible please enter Judgment on 5/16/08.*

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Court's Opinion of September 7, 2007, and this Court's Memorandum and Order Denying Reconsideration of that Opinion on May 7, 2008, because there is no just reason for delay, the Clerk of the Court is hereby ORDERED to enter final judgment in the following amounts and as to the following parties:

1. It is ORDERED and ADJUDGED that Plaintiffs CSI INVESTMENT PARTNERS II, L.P., CIS ACQUISITION PARTNERS, L.P., CANTERBURY MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON, M. GERARD KEEHAN, VINEET PRUTHI, DONALD J. SHEA, JAMES M. ROTHE, MICHAEL COSSEL, JOHN J. ADAMS, ROBERT E. RICHARDSON, MARILYN SCHWARTZ, CHARLES CAUDLE recover from CENDANT CORPORATION the sum of $97,847,513.29, which includes prejudgment interest up to May 16, 2008.

2. It is further ORDERED and ADJUDGED that Plaintiffs' action be dismissed with prejudice solely as to Defendants Henry Silverman, Samuel Katz, Cosmo Corigliano, and John Does 1 through 100 inclusive.

3. It is further ORDERED and ADJUDGED that, as to Counterclaim-Plaintiffs' counter-claims, they are DISMISSED with prejudice.

SO ORDERED.

DATED:   New York, New York
         May 15, 2008

                                    _____
                                    Deborah A. Batts
                                    United States District Judge

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

**Date:**

**In Re:**

-v-

**Case #:**        (        )

Dear Litigant,

    Enclosed is a copy of the judgment entered in your case.

    Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

    If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

    The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

    The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $250.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

    **J. Michael McMahon, Clerk of Court**

by: _____

, Deputy Clerk

**APPEAL FORMS**

Docket Support Unit                                                                  Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------------------X
                                                       |
                                                       |         **NOTICE OF APPEAL**
                                                       |
          -V-                                          |
                                                       |
                                                       |         civ.          (    )
                                                       |
-------------------------------------------------------X
```

Notice is hereby given that _____
                                                                               (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                                   (day)         (month)        (year)

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____        (    ) _____-_____
                                                       (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 1

**APPEAL FORMS**

Docket Support Unit                                                                                                 Revised: March 4, 2003

# United States District Court
## Southern District of New York
**Office of the Clerk**
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-----------------------------------------------------------X
                                                           |
                                                           |   MOTION FOR EXTENSION OF TIME
                                                           |     TO FILE A NOTICE OF APPEAL
                                                           |
            -V-                                            |
                                                           |
                                                           |         civ.         (    )
                                                           |
-----------------------------------------------------------X
```

    Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
                                                                                                                         (party)

requests leave to file the within notice of appeal out of time. _____
                                                                                                                                                     (party)

desires to appeal the judgment in this action entered on _____ but failed to file a
                                                                                                                        (day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

 

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____          (   ) _____-_____
                                                                                                                      (Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time.  If you follow this procedure, these forms must be <u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

<u>FORM 2</u>

<u>**APPEAL FORMS**</u>

Docket Support Unit                                                                                       Revised:  March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------------------X
                                                      |
                                                      |      NOTICE OF APPEAL
                                                      |            AND
          -V-                                         |   MOTION FOR EXTENSION OF TIME
                                                      |
                                                      |       civ.           (    )
                                                      |
                                                      |
------------------------------------------------------X
```

1.     Notice is hereby given that _____ hereby appeals to
                                                 (party)
the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
                          [Give a description of the judgment]




2.     In the event that this form was not received in the Clerk's office within the required time
_____ respectfully requests the court to grant an extension of time in
        (party)
accordance with Fed. R. App. P. 4(a)(5).

    a.    In support of this request, _____ states that
                                                     (party)
this Court's judgment was received on _____ and that this form was mailed to the
                                              (date)
court on _____ .
               (date)

                                                    _____
                                                              (Signature)

                                                    _____
                                                              (Address)

                                                    _____
                                                         (City, State and Zip Code)

Date: _____              (    ) _____-_____
                                                       (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 3

**APPEAL FORMS**

Docket Support Unit                                                    Revised:  March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------------------X
                                                       |
                                                       |         **AFFIRMATION OF SERVICE**
                                                       |
              -V-                                      |
                                                       |
                                                       |         civ.            (    )
                                                       |
-------------------------------------------------------X
```

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
        New York, New York

                                                _____
                                                         (Signature)

                                                _____
                                                         (Address)

                                                _____
                                                   (City, State and Zip Code)

FORM 4

**APPEAL FORMS**

Docket Support Unit                                            Revised: March 4, 2003