```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CSI INVESTMENT PARTNERS II, L.P., et al.,

                    Plaintiffs,

       -against-                              00 Civ. 1422
                                                 ORDER
CENDANT CORPORATION, et al.,

                    Defendants.
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On May 16, 2008, the Clerk entered partial judgment in this matter pursuant to Fed. R. Civ. P. 54(b), leaving only the issue of the amount of attorneys fees to be awarded to the Plaintiffs pending before this Court. On May 23, 2008, Cendant noticed its appeal of that judgment.

The Court is now in receipt of Plaintiffs' May 30, 2008 letter requesting that the court defer the issue of attorneys fees pending Cendant's appeal. The Court also is in receipt of Cendant Corporation's letter dated May 30, 2008 stating that it has no objection to Plaintiffs' request.

Therefore, the matter of attorneys fees is HEREBY stayed pending Cendant's appeal. As well, pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, which provides that "[a] civil case which, for reasons beyond the control of the court, can

1

neither be tried nor otherwise terminated shall be transferred to the suspense docket . . . .",

IT IS HEREBY ORDERED THAT the Clerk of Court shall transfer this case to the suspense docket until and unless the case, pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, properly may be reassigned to this Court.

SO ORDERED.

Dated:   New York, New York
         June 2, 2008

_Deborah A. Batts_
DEBORAH A. BATTS
United States District Judge