**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
CSI INVESTMENT PARTNERS II, L.P.,
Delaware limited partnership, CIS ACQUISITION
PARTNERS, L.P., a Delaware limited partnership,
CANTERBURY MEZZANINE CAPITAL, L.P., a
Delaware limited partnership, DAVID C THOMPSON,
M. GERARD KEEHAN, VINEET PRUTHI,
DONALD J. SHEA, JAMES M. ROTHE,
MICHAEL COSSEL, JOHN J. ADAMS,
ROBERT E. RICHARDSON, MARILYN SCHWARTZ,
and CHARLES CAUDLE,
                        Plaintiffs,

-against-                                              00 Civ. 1422 (DAB)

CENDANT CORPORATION, a Delaware corporation,           **STIPULATION TO**
HENRY SILVERMAN, SAMUEL KATZ, and                      **SUPPLEMENT RECORD**
COSMO CORIGLIANO,                                      **ON APPEAL**
                        Defendants.
------------------------------------------------------X
CENDANT CORPORATION,
                        Counterclaim-Plaintiff

-against-

CSI INVESTMENT PARTNERS II, L.P., CIS
ACQUISITION PARTNERS, L.P., CANTERBURY
MEZZANINE CAPITAL, L.P., DAVID C. THOMPSON,
M. GERARD KEEHAN, VINEET PRUTHI,
DONALD J., SHEA, JAMES M. ROTHE,
MICHAEL COSSEL, JOHN J. ADAMS,
ROBERT E. RICHARDSON, MARILYN SCHWARTZ,
CHARLES CAUDLE,
                        Counterclaim-Defendants,

-and-

TONYA CARMICHAEL, LINCOLNSHIRE EQUITY,
INC., LINCOLNSHIRE MANAGEMENT, INC.,
STEVE KUMBLE, and THOMAS J. MALONEY,
            Additional Counterclaim-Defendants.
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 Aug 08

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for Plaintiffs and Defendant Cendant Corporation, as follows:

First, several pleadings and documents were filed with the Court, and are reflected in the docket, but are missing from the file of the Clerk of the Court, as indicated in the Clerk's Certificate dated June 10, 2008. The following pleadings and documents, attached hereto as exhibits, should therefore be transmitted to the Circuit Court of Appeals for the Second Circuit:

| Exhibit | Date Filed | Docket # | Docket Description |
|---|---|---|---|
| 1 | 3/15/2006 | 114 | MEMORANDUM & ORDER: For the reasons contained herein, this Court DENIES defendants' and Forbes' requests to set aside or modify Judge Eaton's order. This Court affirms and adopts Judge Eaton's order, except for modifications to specific discovery deadlines, and except for Judge Eaton's ordering the production of deposition transcripts which would require defendant Cendant Corporation to violate the confidentiality order of Judge Walls in the District of New Jersey. All other rulings are set forth in this order. (Signed by Judge Deborah A. Batts on 3/15/2006) (lb, ) (Entered: 03/16/2006) |
| 2 | 6/8/2007 | 179 | REPLY STATEMENT OF MATERIAL UNDISPUTED FACTS PURSUANT TO RULE 56.1 STATEMENT in further support of their motion for summary judgment dismiss the counterclaims. Document filed by John J. Adams, Robert E. Richardson, Charles Caudle, CSI Investment Partners II, L.P.(a Delaware limited partnership), CIS Acquisition Partners, L.P.(a Delaware limited partnership), Canterbury Mezzanine Capital, L.P.(a Delaware limited partnership), Vineet Pruthi. (pl) (Entered: 06/11/2007) |
| 3 | 6/8/2007 | 182 | PLAINTIFFS' AND THIRD-PARTY DEFENDANTS' CONSOLIDATED MEMORANDUM OF LAW in Opposition regarding 175 MOTION for Summary Judgment., 176 MOTION for Summary Judgment. Document filed by John J. Adams, Robert E. Richardson, Marilyn Schwartz, Charles Caudle, CSI Investment Partners II, L.P., Canterbury Mezzanine Capital, L.P., David C. Thompson, M. Gerard Keehan, Vineet Pruthi, Donald J. Shea, James M. Rothe, Michael Cossel. (pl) Modified on 6/11/2007 (Lancaster, Patricia). (Entered: 06/11/2007) |

| Exhibit | Date Filed | Docket # | Docket Description |
|---|---|---|---|
| 4 | 10/23/2007 | 213 | MOTION to Strike the Affidavits of Cosmo Corigliano, Anne Pember and Samuel Katz; and Contingent MOTION for Reconsideration. Document filed by John J. Adams, Robert E. Richardson, Marilyn Schwartz, Charles Caudle, CSI Investment Partners II, L.P., CIS Acquisition Partners, L.P., Canterbury Mezzanine Capital, L.P., David C. Thompson, M. Gerard Keehan, Vineet Pruthi, Donald J. Shea, James M. Rothe, Michael Cossel.(djc) (Entered: 10/25/2007) |
| 5 | 10/23/2007 | 214 | MEMORANDUM OF LAW in Support regarding 213 MOTION to Strike. MOTION for Reconsideration. Document filed by John J. Adams, Robert E. Richardson, Marilyn Schwartz, Charles Caudle, CSI Investment Partners II, L.P., CIS Acquisition Partners, L.P., Canterbury Mezzanine Capital, L.P., David C. Thompson, M. Gerard Keehan, Vineet Pruthi, Donald J. Shea, James M. Rothe, Michael Cossel. (djc) (Entered: 10/25/2007) |
| 6 | 10/23/2007 | 215 | RESPONSE to Defendant Cendant Corporation's Improper Statement Pursuant to Local Civil Rule 56.1 and Statement of Additional Material Facts in Opposition to Defendant Cendant Corporation's Motion for Reconsideration. Document filed by John J. Adams, Robert E. Richardson, Marilyn Schwartz, Charles Caudle, CSI Investment Partners II, L.P., CIS Acquisition Partners, L.P., Canterbury Mezzanine Capital, L.P., David C. Thompson, M. Gerard Keehan, Vineet Pruthi, Donald J. Shea, James M. Rothe, Michael Cossel. (djc) (Entered: 10/25/2007) |
| 7 | 10/23/2007 | 216 | MEMORANDUM OF LAW in Opposition regarding 208 MOTION for Reconsideration re; and in Support of 206 Memorandum & Opinion, MOTION to Vacate. MOTION for Reconsideration re; 206 Memorandum & Opinion, 213 MOTION to Strike. MOTION for Reconsideration. Document filed by John J. Adams, Robert E. Richardson, Marilyn Schwartz, Charles Caudle, CSI Investment Partners II, L.P., CIS Acquisition Partners, L.P., Canterbury Mezzanine Capital, L.P., David C. Thompson, M. Gerard Keehan, Vineet Pruthi, Donald J. Shea, James M. Rothe, Michael Cossel. (djc) (Entered: 10/25/2007) |
| 8 | 5/23/2008 | 231 | NOTICE OF APPEAL from 230 Clerk's Judgment. Document filed by Cendant Corporation. Filing fee $ 455.00, receipt number E 652233. (tp) (Entered: 05/23/2008) |

Second, several pleadings and documents were filed with the Court (or sent directly to chambers), but are missing from both the docket and the file of the Clerk of the Court. The following pleadings and documents, attached hereto as exhibits, should therefore be reflected on the docket and in the record for review and the corresponding index transmitted the Circuit Court of Appeals for the Second Circuit:

| Exhibit | Date | Docket Description |
|---|---|---|
| 9 | 2/3/2003 | Letter from Winston & Strawn to Court regarding plaintiff's request for permission to file a motion to compel document production and for attorneys' fees and costs |
| 10 | 8/31/2004 | Letter from Michael Petrella to Judge Batts regarding ordering the deposition of Arthur Herold |
| 11 | 9/2/2004 | Letter from Richard Lawler to Judge Batts responding to Plaintiffs' 8/31/2004 letter |
| 12 | 9/7/2004 | Letter from Michael Petrella to Magistrate Judge Eaton regarding forthcoming submission of a letter regarding the deposition of Arthur Herold |
| 13 | 9/7/2004 | Letter from Richard Lawler to Judge Batts responding to a point raised in Plaintiffs' letter of 9/7/2004 |
| 14 | 9/7/2004 | Letter from Michael Petrella to Judge Eaton regarding ordering deposition of Arthur Herold, addressing Cendant surreply |
| 15 | 7/28/2005 | Letter from Neil Bregman to Judge Batts regarding extension of discovery deadline |
| 16 | 7/29/2005 | Letter from Richard Lawler to Judge Batts responding to Plaintiffs' 7/28/2005 letter |
| 17 | 8/1/2005 | Letter from Neil Bregman to Judge Batts regarding extension of discovery deadline |
| 18 | 11/8/2005 | Letter from Michael Petrella to Judge Eaton and attached draft joint letter regarding various discovery disputes |
| 19 | 11/8/2005 | Letter from Richard Lawler to Judge Eaton responding to Plaintiffs' purported "Joint Letter" |
| 20 | 11/11/2005 | First joint discovery dispute letter to Judge Eaton |
| 21 | 11/22/2005 | Second joint discovery dispute letter to Judge Eaton |
| 22 | 11/23/2005 | Third joint discovery dispute letter to Judge Eaton |
| 23 | 12/7/2005 | Letter from Jonathan Altschuler to Judge Eaton regarding Murphy deposition |
| 24 | 12/27/2005 | Letter from Michael Petrella to Judge Eaton regarding Pember deposition |
| 25 | 2/13/2006 | Fourth joint discovery dispute letter to Judge Eaton |

| Exhibit | Date | Docket Description |
|---|---|---|
| 26 | 2/15/2006 | Letter from Sean O'Shea to Judge Eaton regarding proposed stay of discovery from Corigliano and Pember |
| 27 | 2/16/2006 | Joint letter from Helen Gredd and Michael Petrella to Judge Eaton regarding Pember deposition |
| 28 | 2/17/2006 | Letter from Michael Petrella to Judge Eaton regarding impact of *U.S. v. Forbes* hung jury on stay of depositions of Corigliano and Pember |
| 29 | 2/17/2006 | Letter from Michael Petrella to Judge Eaton responding to Gredd letter Judge Eaton |
| 30 | 2/21/2006 | Letter from Sean O'Shea to Judge Eaton responding to Government letter regarding discovery stay |
| 31 | 2/21/2006 | Sixth joint discovery dispute letter to Judge Eaton |
| 32 | 2/23/2006 | Letter from Richard Lawler to Judge Batts regarding plan to file Objections to an Order from Judge Eaton |
| 33 | 2/24/2006 | Letter from Michael Petrella to Judge Batts responding to 2/23/2006 letter from defense counsel to Court |
| 34 | 2/24/2006 | Letter from Michael Petrella to Judge Batts responding to 2/24/2006 letter from defense counsel to Court |
| 35 | 2/24/2006 | Letter from Richard Lawler to Judge Batts in response to Plaintiffs' letter of 2/24/2006 |
| 36 | 3/9/2006 | Seventh joint discovery dispute letter to Judge Eaton |
| 37 | 3/9/2006 | Letter from Michael Petrella to Judge Eaton regarding various deposition disputes |
| 38 | 3/13/2006 | Letter from Steven Flores to Judge Eaton regarding Ferry deposition |
| 39 | 3/14/2006 | Letter from Michael Petrella to Judge Eaton regarding various deposition disputes |
| 40 | 5/2/2006 | Letter from Michael Petrella to Judge Eaton regarding Ferry deposition |
| 41 | 5/2/2006 | Letter from Richard Lawler to Judge Eaton regarding Ferry deposition |
| 42 | 5/3/2004 | Letter from Michael Petrella to Judge Eaton regarding Citibank witness address |
| 43 | 5/4/2004 | Letter from Michael Petrella to Judge Eaton regarding Citibank witness address |
| 44 | 5/16/2006 | Letter from Timothy McCaffrey to Judge Eaton regarding Ferry deposition |
| 45 | 5/16/2006 | Letter from Jonathan Altschuler to Judge Eaton regarding Ferry deposition |
| 46 | 5/18/2006 | Letter from Jonathan Altschuler to Judge Eaton regarding expert discovery and reports |
| 47 | 5/18/2006 | Letter from Timothy McCaffrey to Judge Eaton in response to Altschuler's letter |
| 48 | 5/19/2006 | Letter from Jonathan Altschuler to Judge Eaton regarding expert discovery and reports |
| 49 | 5/19/2006 | Letter from Richard Lawler responding to Plaintiff's 5/19/2006 letter |
| 50 | 5/22/2006 | Letter from Michael Petrella to Judge Eaton regarding Ferry |

| Exhibit | Date | Docket Description |
|---|---|---|
| | | impeachment material |
| 51 | 5/23/2006 | Letter from Timothy McCaffrey to Judge Eaton responding to Petrella's 5/22/2006 letter |
| 52 | 5/30/2006 | Letter from Michael Petrella to Judge Eaton regarding document authentication dispute |
| 53 | 6/1/2006 | Letter from Timothy McCaffrey to Judge Eaton responding to Petrella's 5/30/2006 letter |
| 54 | 6/2/2006 | Letter from Michael Petrella to Judge Eaton regarding document authentication dispute |
| 55 | 8/2/2006 | Letter from Michael Petrella to Judge Eaton regarding Plaintiffs' requests for admission |
| 56 | 8/3/2006 | Letter from Richard Lawler to Judge Eaton regarding proposed trial exhibits and Plaintiffs' request for admission |
| 57 | 8/4/2006 | Letter from Richard Lawler to Judge Eaton regarding Plaintiffs' requests for admission |
| 58 | 8/4/2006 | Letter from Michael Petrella to Judge Eaton regarding document authentication |
| 59 | 8/9/2006 | Letter from O'Shea to Court requesting that the Court prohibit parties from filing summary judgment motions |
| 60 | 8/10/2006 | Letter from Winston & Strawn to Court regarding Defendants' intention to file summary judgment motion and notifying the Court that the record will not be complete without Corigliano's deposition |
| 61 | 8/11/2006 | Letter from Winston & Strawn responding to Plaintiffs' letter requesting that Court prohibit summary judgment motions |
| 62 | 8/23/2006 | Letter from Michael Petrella to Judge Eaton regarding Plaintiffs' Ninth Request for Production of Documents |
| 63 | 8/30/2006 | Letter from Michael Petrella to Judge Eaton regarding F.R.E. 902(11) certifications |
| 64 | 11/1/2006 | Letter from Michael Petrella to Judge Eaton regarding admissibility of Cendant Audit Committee report |
| 65 | 11/3/2006 | Letter from Timothy McCaffrey to Judge Eaton responding to Petrella's 11/1/2006 letter |
| 66 | 11/3/2006 | Letter from Michael Petrella to Judge Eaton regarding authentication of Elkind notes |
| 67 | 11/6/2006 | Letter from Timothy McCaffrey to Judge Eaton responding to Petrella's 11/3/2006 letter |
| 68 | 11/6/2006 | Letter from Michael Petrella (to Judge Eaton) setting forth Plaintiffs' reply regarding admissibility of Cendant Audit Committee report |
| 69 | 11/7/2006 | Plaintiffs' Reply regarding authentication of Elkind notes |
| 70 | 11/22/2006 | Letter from Michael Petrella to Judge Batts regarding designation of witnesses |
| 71 | 11/28/2006 | Letter from Timothy McCaffrey to Judge Batts responding to Plaintiffs' 11/22/2006 letter |

| Exhibit | Date | Docket Description |
|---|---|---|
| 72 | 11/29/2006 | Letter from Michael Petrella to Judge Batts regarding designation of witnesses and other trial issues |
| 73 | 12/8/2006 | Letter from Timothy McCaffrey to Judge Batts regarding Proposed Requests to Charge and Voir Dire |
| 74 | 12/8/2006 | Letter from Michael Petrella to Judge Batts regarding Proposed Jury Voir Dire |
| 75 | 2/2/2007 | Letter from Timothy McCaffrey to Judge Batts regarding Plaintiffs' Motion for Sanctions for Pervasive Discovery Abuse and Spoliation of Evidence |
| 76 | 2/28/2007 | Defendants' Memorandum of Law in support of Motion to Strike Declaration of Michael E. Petrella |
| 77 | 4/26/2007 | Letter from Timothy McCaffrey to Judge Batts responding to the Court's 4/11/2007 Order |
| 78 | 5/3/2007 | Letter from Michael Petrella to Judge Batts regarding the Court's 4/11/2007 Order |
| 79 | 11/13/2007 | Letter from Richard Lawler to Judge Batts regarding Plaintiffs' 20-page reply memorandum |
| 80 | 11/14/2007 | Letter from Michael Petrella to Judge Batts regarding Defendants' 11/13/2007 letter to the Court |
| 81 | 11/15/2007 | Letter from Richard Lawler to Judge Batts regarding Plaintiffs' 11/14/2007 letter to the Court |

This Stipulation is without prejudice to either party's right to seek to further supplement the Record on Appeal.

Dated: August 13, 2008

Sean F. O'Shea
Michael Edward Petrella
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, New York 10016
Tel.: (212) 682-4426
Fax: (212) 682-4437

Attorneys for Plaintiffs

Jonathan Rosenberg
Mark S. Germann
Andrew B. Bednark
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061

Attorneys for Defendant Cendant Corporation

SO ORDERED, this 26th day of August, 2008.

Hon. Deborah A. Batts, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Jacqueline V. Roeder, hereby certify that on this day, pursuant to Fed. R. Civ. P. 5 and 28 U.S.C. § 1746, I caused a copy of the Stipulation to Supplement Record on Appeal to be served by Federal Express on the following counsel of record in this action:

Sean F. O'Shea
Michael E. Petrella
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, New York 10016
Tel: (212) 682-4426
Fax: (212) 682-4437

Robert Y. Sperling
Ronald S. Betman
Timothy J. McCaffrey
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

James Glenn Kreissman
SIMPSON THATCHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-3936
Fax: (650) 251-5002

Richard F. Lawler
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

Herbert J. Stern
STERN & GREENBERG
75 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-1900
Fax: (973) 535-9664

Gary P. Naftalis
Alan R. Friedman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9253
Fax: (212) 715-9238

Dated: August 13, 2008

_____
Jacqueline V. Roeder
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036

Attorneys for Defendant Cendant Corporation